## PRATT v. BIGGS.

[No. 10,368.   Filed June 1, 1920.]

From Gibson Circuit Court; *T. Morton McDonald*, Special Judge.

Action between Walter I. Pratt and Floyd J. Biggs.   From the judgment rendered the former appeals.   *Affirmed.*

*Luther Benson*, for appellant.
*C. A. Smith*, for appellee.

PER CURIAM: Judgment affirmed.

---

## SMITH v. STATE, EX REL. NICKLESS.

[No. 10,729.   Filed June 2, 1920.]

From Lawrence Circuit Court; *James A. Cox*, Judge.

Action by the State of Indiana, on the relation of Lorena Nickless, against Claud Smith.   From the judgment rendered, the defendant appeals.   *Affirmed.*

*Harold Kelly* and *Samuel S. Doman*, for appellant.
*Albert J. Fields*, for appellee.

PER CURIAM: Motion to dismiss overruled.   Judgment affirmed.

---

## NOLTING v. HUDSON.

[No. 10, 494.   Filed June 16, 1920.]

From Gibson Circuit Court; *O. M. Welborn*, Special Judge.

Action between Luella Nolting and Amelia H. Hudson.   From the judgment rendered, the former appeals.   *Affirmed.*

*Luther Benson*, for appellant.
*Harvey Harmon* and *L. C. Embree*, for appellee.

PER CURIAM: Judgment affirmed.